1   Kevin R. Sutherland (State Bar No. 163746)
    Kevin O. Moon (State Bar No. 246792)
2   CLYDE & CO US LLP
    101 Second Street, 24th Floor
3   San Francisco, California 94105
    Telephone:   (415) 365-9800
4   Facsimile:    (415) 365-9801
    Email:         kevin.sutherland@clydeco.us
5                  kevin.moon@clydeco.us

6   Attorneys for Defendant
    ETIHAD AIRWAYS
7
    Kevin Petrovic
8   425 First Street, Unit 1506
    San Francisco, California 94105
9   Telephone:  (609) 356-2107
    Email:        kevinpetrovic7@gmail.com
10
    Plaintiff *In Pro Per*
11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15  KEVIN PETROVIC, an individual              )  Case No.: 3:15-cv-00414-SI
                                               )
16              Plaintiff,                      )  STIPULATION TO CONTINUE
                                               )  INITIAL CASE MANAGEMENT
17       v.                                     )  CONFERENCE AND ORDER
                                               )  [PROPOSED]
18  ETIHAD AIRWAYS, a corporation; and )
    DOES 1 through 10, inclusive,              )  Date: May 8, 2015
19                                             )  Time: 2:30 p.m.
                Defendants.                     )  Place: Courtroom of The Honorable
20  _____)              Susan Illston

21       Defendant Etihad Airways (hereinafter "Etihad") and plaintiff, Kevin

22  Petrovic, *in propria persona*, hereby stipulate as follows:

23       WHEREAS, pursuant to the Court's Order dated February 12, 2015, an

24  Initial Case Management Conference is set for May 8, 2015, at 2:30 p.m.;

25       WHEREAS, the plaintiff is not able to appear in person at the Initial Case

26  Management Conference on May 8, 2015, due to a pre-set scheduled meeting with

27  representatives of several regulatory bodies in Boston, Massachusetts, regarding

28  FlightCar, a corporation of which the plaintiff is an Officer;

1    WHEREAS, plaintiff has stated that he is not able to reschedule the meeting

2  due to the number of parties involved;

3    WHEREAS, plaintiff has stated that his inability to attend the meeting

4  would cause a material setback to FlightCar and may cause irrevocable harm to the

5  business of FlightCar; and

6    WHEREAS, plaintiff and counsel for Etihad agree that good cause exists for

7  the Court to continue the Case Management Conference to May 15, 2015;

8    IT IS HEREBY STIPULATED by and between counsel for defendant

9  Etihad and plaintiff, Kevin Petrovic, that good cause exists for the Initial Case

10  Management Conference to be continued until May 15, 2015, at 2:30 p.m.

11

12  IT IS SO STIPULATED.

13  Dated: May 5, 2015                    By: /s/ electronic signature consent given[1]
                                               KEVIN PETROVIC
14                                             Plaintiff *IN PRO PER*

15

16  Dated: May 5, 2015                    CLYDE & CO US LLP

17

18                                         By: _____
                                               KEVIN R. SUTHERLAND
19                                             KEVIN O. MOON
                                               Attorneys for Defendant
20                                             ETIHAD AIRWAYS

21

22  IT IS SO ORDERED.

23  Dated: May __6__, 2015               _____

24                                         HONORABLE SUSAN ILLSTON
                                           United States District Judge

25

26

27
    _____
28  [1] On May 4, 2015, counsel conferred regarding this matter by telephone and all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing and the use of electronic signature.

1672238v1                             -2-
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
AND ORDER [PROPOSED]

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA
### COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California  94105.

On May 5, 2015, I served the document(s) described as:

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED]**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **(BY MAIL):** as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2015, at San Francisco, California.

Patricia Inabnet

1672238v1

-3-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED]

**SERVICE LIST**

Kevin Petrovic
425 First Street, Unit 1506
San Francisco, California 94105
Telephone:   (609) 356-2107
Email:          kevinpetrovic7@gmail.com

Plaintiff *In Pro Per*