UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN PETROVIC,

    Plaintiff,

  v.

ETIHAD AIRWAYS,

    Defendant.

Case No. 3:15-cv-00414-SI   (DMR)

**ORDER RE SEALED TRANSCRIPT OR FTR AUDIO RECORDING**

On July 20, 2015, the terms of confidential agreement was placed on the record by the undersigned in the above matter. The undersigned hereby ORDERS that any transcript or FTR audio recording of that proceeding be filed and maintained under seal.

However, the court reporters or courtroom deputy are directed to provide counsel for any party in this matter with a transcript or copy of FTR audio recording of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
DONNA M. RYU
United States Magistrate Judge